

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-15,439-17

### EX PARTE JIMMY MARK APPLEMAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. F115381980 IN THE 145TH DISTRICT COURT FROM NACOGDOCHES COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of attempted murder and sentenced to thirty-five years' imprisonment. The Twelfth Court of Appeals affirmed his conviction. *Appleman v. State*, No. 12-82-0066-CR (Tex. App. — Tyler, March 8, 1984) (not designated for publication).

In the instant application, Applicant raises two grounds for relief based on the alleged extension of his sentence by the denial of street time credit for a prior period of release to parole. Additionally, Applicant raises various claims pertaining to the conditions of his current release to

mandatory supervision. This Court has reviewed Applicant's claims pertaining to his current period of release, and has determined that they are without merit. Therefore, they are denied. Applicant's remaining claims are barred from review; as such, they are dismissed. Tex. Code Crim. Proc. art. 11.07 § 4.

Filed:  February 14, 2017
Do not publish